## United States District Court for the Northern District of Illinois

Case Number: 08CV2471          Assigned/Issued By: J. N.

Judge Name:                    Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*   ☐ $350.00    ☐ $39.00    ☐ $5.00

☐ IFP    ☐ No Fee    ☐ Other _____

☐ $455.00

Number of Service Copies _____          Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____          Receipt #: _____

Date Payment Rec'd: _____         Fiscal Clerk: _____

---

### ISSUANCES

☑ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☐ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
         (Type of Writ)

__1__ Original and __1__ copies on _5-6-08_ as to  EXPERIAN INFORMATION
                                    (Date)
SOLUTIONS, INC.
_____

_____

C:\wpwin80\docket\feeinfo.frm     03/14/05