AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

NGOC HUYNH

       Plaintiff,

          V.

EXPERIAN INFORMATION SOLUTIONS, INC.
and CITIZENS AUTOMOBILE FINANCE, INC.

       Defendants.

CASE NUMBER: 08 C 2471

ASSIGNED JUDGE: Judge Guzman

DESIGNATED
MAGISTRATE JUDGE: Judge Schenkier

    TO: (Name and address of Defendant)

Experian Information Solutions, Inc.
c/o C. T. Corporation System
208 S. La Salle St., Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Lance A. Raphael
The Consumer Advocacy Center, P.C.
180 West Washington St., Suite 700
Chicago, IL 60602

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

MAY 0 6 2008
DATE

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me [1] | DATE  5-6-08 |
| NAME OF SERVER *(PRINT)*  Christopher Padfield | TITLE  Paralegal |

*Check one box below to indicate appropriate method of service*

**G** Served personally upon the defendant.  Place where served: _____

**G** Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

**G** Returned unexecuted: _____

**G** Other (specify):  Served on registered Agent - Dawn Schulz, C.T. Corporation System
208 S. La Salle St., Suite 814
Chicago, IL 60604

## STATEMENT OF SERVICE FEES

| TRAVEL  $0 | SERVICES  $0 | TOTAL  $0 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5-5-08
_____
Date

_____
Signature of Server

My Commission Expires
May 10, 2009.
Commission number
625454

180 W. Washington St, Suite 700, Chicago, IL 60602
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.