**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**NGOC HUYNH,**

        **Plaintiff,**

                                   **Case No. 08 C 2471**

        **v.**                                **Judge Guzman**

**EXPERIAN INFORMATION
SOLUTIONS, INC. and CITIZENS
AUTOMOBILE FINANCE, INC.,**

        **Defendants.**

**EXPERIAN INFORMATION SOLUTIONS, INC.'S
<u>LOCAL RULE 3.2 NOTIFICATION AS TO AFFILIATES</u>**

        The undersigned, counsel of record for Experian Information Solutions, Inc. ("Experian"),

hereby certifies pursuant to Local Rule 3.2 that the following listed parties have a direct,

pecuniary interest in the outcome of this case.  This certification is made to enable the Court to

evaluate possible disqualification or recusal:

1.     The parent companies of the corporation:  The parent company of Experian is Experian Group Limited.
2.     Subsidiaries not wholly owned by the corporation:  The following companies are subsidiaries of Experian that are not wholly owned:
     (a)    First American Real Estate Solutions, LLC

     (b)    First American Real Estate Solutions II, LLC

     (c)    Vehicle Title, LLC

     (d)    Central Source LLC

     (e)    Online Data Exchange LLC

     (f)    New Management Services LLC

     (g)    VantageScore Solutions LLC

3.    Any publicly held company that owns ten percent (10%) or more of the corporation: Experian Group Limited owns 100 percent of Experian.  Experian Group Limited is a Jersey, Channel Islands Company that is publicly-traded on the London Stock Exchange.


Dated: May 21, 2008                                 Respectfully submitted,

                                                   /s/ Katie M. Poleon
                                                   Katie M. Poleon (#6287107)
                                                   JONES DAY
                                                   77 West Wacker
                                                   Chicago, IL  60601-1692
                                                   Telephone:  (312) 782-3939
                                                   Facsimile:   (312) 782-8585
                                                   E-mail:  kpoleon@jonesday.com

                                                   Counsel for Defendant
                                                   EXPERIAN INFORMATION SOLUTIONS, INC.

## <u>CERTIFICATE OF SERVICE</u>

       I, Katie M. Poleon, an attorney, certify that on May 21, 2008, I filed the foregoing **Defendant Experian Information Solutions, Inc.'s Local Rule 3.2 Notification as to Affiliates** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Stacy Michelle Bardo
Allison Amy Krumhorn
Lance A. Raphael
Consumer Advocacy Center
180 W. Washington, Suite 700
Chicago, IL 60602
(312) 782-5808
Email: stacy@caclawyers.com
Email: allison@caclawyers.com
Email: lance@caclawyers.com
*Attorneys for Plaintiff*


                      /s/ Katie M. Poleon
                      Katie M. Poleon

CHI-1649874