IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**NGOC HUYNH,**

      **Plaintiff,**

      v.

**EXPERIAN INFORMATION SOLUTIONS, INC. and CITIZENS AUTOMOBILE FINANCE, INC.,**

      **Defendants.**

Case No. 08 C 2471

Judge Guzman

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant Experian Information Solutions, Inc. ("Experian"), respectfully asks the Court to grant it an extension of time to answer or otherwise plead to the Complaint filed by Plaintiff Ngoc Huynh ("Plaintiff") on April 30, 2008, which extension Plaintiff does not oppose.

In support of this Motion, Experian states as follows:

1.    On April 30, 3008, Plaintiff filed a Complaint with this Court. The Complaint was served on Experian on May 6, 2008.

2.    According to Federal Rule of Civil Procedure 12(a)(1), Experian's Answer is due May 27, 2008.

3.    Experian has not had sufficient time to investigate the allegations of the Complaint in order to properly answer or otherwise plead by May 27, 2008.

4.    Accordingly, Experian requests an extension of fourteen (14) days, until June 10, 2008, to answer Plaintiff's Complaint or otherwise plead.

5.    Counsel for Plaintiff has no objection to this extension of time.

WHEREFORE, Experian requests that this Court grant it an extension of time, until June 10, 2008, to answer or otherwise plead to the Plaintiff's Complaint.

Dated: May 21, 2008

Respectfully submitted,

/s/ Katie M. Poleon
Katie M. Poleon (#6287107)
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
E-mail:  kpoleon@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

## CERTIFICATE OF SERVICE

        I, Katie M. Poleon, an attorney, certify that on May 21, 2008, I filed the foregoing **Unopposed Motion for Extension of Time to Answer or Otherwise Plead** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:

Stacy Michelle Bardo
Allison Amy Krumhorn
Lance A. Raphael
Consumer Advocacy Center
180 W. Washington, Suite 700
Chicago, IL 60602
(312) 782-5808
Email: stacy@caclawyers.com
Email: allison@caclawyers.com
Email: lance@caclawyers.com
*Attorneys for Plaintiff*

                                              /s/ Katie M. Poleon
                                              Katie M. Poleon

CHI-1649870