IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**NGOC HUYNH,**

        **Plaintiff,**

        v.

**EXPERIAN INFORMATION
SOLUTIONS, INC. and CITIZENS
AUTOMOBILE FINANCE, INC.,**

        **Defendants.**

Case No. 08 C 2471
Judge Guzman

## NOTICE OF MOTION

To:    Counsel on attached service list

PLEASE TAKE NOTICE that on **Tuesday, May 27, 2008, at 9:30 a.m.**, or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Guzman or any judge sitting in his stead, in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, 60604, and then and there present Defendant Experian Information Solutions, Inc.'s Unopposed Motion for Extension of Time to Answer or Otherwise Plead, a copy of which is hereby served on you.

Dated: May 21, 2008

Respectfully submitted,

/s/ Katie M. Poleon
Katie M. Poleon (#6287107)
JONES DAY
77 West Wacker
Chicago, IL  60601-1692
Telephone:  (312) 782-3939
Facsimile:   (312) 782-8585
E-mail:  kpoleon@jonesday.com

Counsel for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**CERTIFICATE OF SERVICE**

    I, Katie M. Poleon, an attorney, certify that on May 21, 2008, I filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:


Stacy Michelle Bardo
Allison Amy Krumhorn
Lance A. Raphael
Consumer Advocacy Center
180 W. Washington, Suite 700
Chicago, IL 60602
(312) 782-5808
Email: stacy@caclawyers.com
Email: allison@caclawyers.com
Email: lance@caclawyers.com
*Attorneys for Plaintiff*

                 /s/ Katie M. Poleon
                 Katie M. Poleon


CHI-1649878