## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Ngoc Huynh

                              Plaintiff,

v.                                                      Case No.: 1:08–cv–02471
                                                        Honorable Ronald A. Guzman

Experian Information Solutions, Inc., et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 22, 2008:

        MINUTE entry before the Honorable Ronald A. Guzman:Motion by Defendant
Experian Information Solutions, Inc. for extension of time to file answer (UNOPPOSED)
[13] is granted to and including 6/10/08. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.