IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NGOC HUYNH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 2471 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. ) | Judge Guzman |
| and CITIZENS AUTOMOBILE FINANCE, INC., ) | Magistrate Judge Schenkier |
| ) | |
| Defendants. ) | |
| ) | |

**PROPOSED SCHEDULING ORDER**

1. **Discovery**

The following time limits and deadlines shall be applicable:

A. All disclosures required by Rule 26(a)(1) shall be made on or before July 31, 2008.

B. Any amendments to pleadings or actions to join other parties shall be filed on or before November 24, 2008.

C. The cutoff of fact discovery is December 22, 2008.

D. The parties shall disclose expert testimony pursuant to Rule 26(a)(2) on or before January 21, 2009.

E. The parties shall have until February 20, 2009 to depose the opposing party's expert.

F. The parties shall disclose any rebuttal expert pursuant to Rule 26(a)(2)(c) on or before March 23, 2009.

F. The parties shall have until April 22, 2009 to depose the opposing party's rebuttal expert.

2.   **Motions**

Any dispositive motions to be filed on or before May 1, 2009.

3.   **Final Pretrial Order and Conference**

The final pretrial order shall be filed on or before August 1, 2009.

The final pretrial conference will be held at the Court's convenience.

4.   **Trial**

Trial is to be set at the Court's convenience, and is expected to last 3-5 days.

5.   **Status Hearings**

A further status hearing should be held in sixty days.

ENTER: _____
               The Honorable Ronald A. Guzman

-4-