IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NGOC HUYNH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08 CV 2471 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC. ) | Judge Guzman |
| and CITIZENS AUTOMOBILE FINANCE, INC., ) | Magistrate Judge Schenkier |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF FILING

To:   See Certificate of Service

PLEASE TAKE NOTICE that on June 24, 2008, the undersigned counsel filed a *Proposed Scheduling Order*, a copy of which is attached and hereby served upon you.

Respectfully submitted,

By: /s/ Stacy M. Bardo
One of Plaintiff's Attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
The Consumer Advocacy Center, P.C.
180 West Washington, Suite 700
Chicago, IL 60602
(312) 782-5808

-1-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalties of perjury according to 28 U.S.C. § 1746 that the attached *Proposed Scheduling Order* was filed via CM/ECF on June 24, 2008, with a copy of such filing being transmitted by operation of the electronic notification system to the following counsel of record:

Katie Poleon
Jones Day
77 West Wacker
Chicago, IL 60601

A copy of the attached was sent via facsimile to:

Craig Westfall
Nigro and Westfall, P.C.
1793 Bloomingdale Rd.
Glendale Heights, IL 60139
FAX: (630) 682-1650

/s/ Stacy M. Bardo