U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 08 cv 02471
NGOC NUYNH

v.
EXPERIAN INFORMATION SOLUTIONS, INC. and
CITIZENS AUTOMOBILE FINANCE, INC.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CITIZENS AUTOMOBILE FINANCE, INC.

| NAME (Type or print) |
| --- |
| Craig C. Westfall |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Craig C. Westfall |
| FIRM |
| Nigro & Westfall, P.C. |
| STREET ADDRESS |
| 1793 Bloomingdale Road |
| CITY/STATE/ZIP |
| Glendale Heights, IL 60139 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 02990520 | 630 682-9872 |

| | | |
| --- | --- | --- |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐