**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Ngoc Huynh
                              Plaintiff,

v.                                          Case No.: 1:08−cv−02471
                                            Honorable Ronald A. Guzman

Experian Information Solutions, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 9, 2008:

   MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held on 7/9/2008. Amended pleadings and joinder of parties due by 9/15/2008. Fact discovery ordered closed by 10/7/2008. Initial expert reports 10/30/08 and deposed by 11/15/08. Rebuttal expert reports by 11/30/08 and deposed by 12/15/08. Status hearing set for 10/15/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.