UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ngoc Huynh
                          Plaintiff,

v.                                                     Case No.: 1:08–cv–02471
                                                      Honorable Ronald A. Guzman

Experian Information Solutions, Inc., et al.
                          Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Magistrate Judge Honorable Sidney I. Schenkier for the purpose of holding proceedings related to: settlement conference.(cjg, )Mailed notice.


Dated: July 15, 2008

                                                                             /s/ Ronald A. Guzman

                                                                     United States District Judge