# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2471 | **DATE** | 7/16/2008 |
| **CASE TITLE** | HUYNH vs. EXPERIAN INFORMATION SOLUTIONS, INC., et al | | |

**DOCKET ENTRY TEXT**

Referral for settlement conference to Magistrate Judge Schenkier is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|