UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

Ngoc Huynh
                                        Plaintiff,
v.                                          Case No.: 1:08−cv−02471
                                            Honorable Ronald A. Guzman
Experian Information Solutions, Inc., et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, July 21, 2008:

    MINUTE entry before the Honorable Jeffrey Cole:Status hearing is set for 7/25/2008 at 8:30 a.m. to discuss a date for settlement conference. Mailed notice(cdh, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.