# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | **Sitting Judge if Other than Assigned Judge** | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2471 | **DATE** | 7/25/2008 |
| **CASE TITLE** | Huynh vs. Experian Information Solutions, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held. Settlement conference is set for 9/10/08 at 3:00 p.m. Plaintiff is ordered to make a written settlement demand by 8/1/08 to the defendants. Response to the written demand shall be due 8/15/08. The response must include a counter offer if the demand is not acceptable. See further content of order below.

■[ For further details see text below.]      Docketing to mail notices.

00:15

## STATEMENT

All parties are directed to refer to Judge Cole's "Settlement Conference Procedures", found on "www.ilnd.uscourts.gov" and to comply with its directives before appearing at the settlement conference. Parties with authority to settle must be present at the conference. As provided in the instructions, plaintiff's counsel shall deliver copies of the required settlement letters to chambers from both plaintiff and defendant by no later than (4) calendar days before the conference. Non-compliance with the 4-day Rule makes it difficult and often impossible for the conference to proceed effectively. Failure to comply with the 4-day Rule may necessitate cancellation of the conference. Parties cannot unilaterally agree to cancel a scheduled settlement conference. Permission not to proceed must be obtained from the court pursuant to written motion, and any party wishing to vary any of the procedures set forth in the standing order must make an appropriate request by written motion prior to the exchange of settlement letters described above.

| | Courtroom Deputy Initials: | CDH |
|---|---|---|