IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NGOC HUYNH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 2471 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS,) | Judge Guzman |
| INC. and CITIZENS AUTOMOBILE ) | |
| FINANCE, INC., ) | Magistrate Judge Cole |
| ) | |
| Defendants. ) | |

**DEFENDANT CITIZENS AUTOMOBILE FINANCE, INC.'S MOTION FOR
SUBSTITUTION OF ATTORNEYS**

Now comes Defendant, Citizens Automobile Finance, Inc., by and through its attorneys, Weltman Weinberg & Reis, LPA, submits its motion for substitution of attorneys. Substitution of attorney authorizations are attached as Exhibits 1 and 2.

Respectfully submitted,

S/ Robert T. Kuehl

Robert T. Kuehl
Weltman Weinberg & Reis Co., L.P.A.
180 N. LaSalle St. Suite 2400
Chicago, IL 60601
312-782-9676
312-782-4201 fax
rkuehl@weltman.com
Counsel for Defendant
Dated: August 28, 2008      Citizens Automobile Finance, Inc.

1

IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| NGOC HUYNH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 08 C 2471 |
| | ) | |
| EXPERIAN INFORMATION SOLUTIONS, | ) | Judge Guzman |
| INC. and CITIZENS AUTOMOBILE | ) | |
| FINANCE, INC., | ) | Magistrate Judge Cole |
| | ) | |
| Defendants. | ) | |

## DEFENDANT CITIZENS AUTOMOBILE FINANCE, INC.'S SUBSTITUTION OF ATTORNEYS

The law firm of Weltman, Weinberg & Reis Co., L.P.A., hereby enters the firm's appearance on behalf of Defendant, Citizens Automobile Finance, Inc, in this case.

WELTMAN, WEINBERG & REIS CO.,
L.P.A.

By: _____
One of Its Attorneys

I, Craig L. Westfall, of the law firm of Nigro & Westfall, P.C., hereby withdraws the firm's appearance on behalf of Defendant, Citizens Automobile Finance, Inc., in this case.

NIGRO & WESTFALL, P.C.

By: _____
One of Its Attorneys

I, _____, of Citizens Automobile Finance, Inc., hereby consent to the substitution of Weltman, Weinberg & Reis Co., L.P.A., for Citizens Automobile Finance, Inc., in this case.

CITIZENS AUTOMOBILE FINANCE,
INC.

By: _____
Authorized Representative

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

| | |
|---|---|
| NGOC HUYNH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 08 C 2471 |
| ) | |
| EXPERIAN INFORMATION SOLUTIONS, ) | Judge Guzman |
| INC. and CITIZENS AUTOMOBILE ) | |
| FINANCE, INC, ) | Magistrate Judge Cole |
| ) | |
| Defendants ) | |

## DEFENDANT CITIZENS AUTOMOBILE FINANCE, INC.'S SUBSTITUTION OF ATTORNEYS

The law firm of Weltman, Weinberg & Reis Co., L.P.A., hereby enters the firm's appearance on behalf of Defendant, Citizens Automobile Finance, Inc, in this case.

WELTMAN, WEINBERG & REIS CO.,
L.P.A.

By: _____
One of Its Attorneys

I, _____, of the law firm of Nigro & Westfall, P.C., hereby withdraws the firm's appearance on behalf of Defendant, Citizens Automobile Finance, Inc , in this case

NIGRO & WESTFALL, P.C.

By: _____
One of Its Attorneys

I, _Thomas Araujo_____, of Citizens Automobile Finance, Inc , hereby consent to the substitution of Weltman, Weinberg & Reis Co , L.P.A., for Citizens Automobile Finance, Inc., in this case.

CITIZENS AUTOMOBILE FINANCE,
INC.

By: _____
Authorized Representative

1

**EXHIBIT 2**