IN THE UNITED STATES DISTRICT COURT OF THE NORTHERN DISTRICT
OF ILLINOIS EASTERN DIVISION

|  |  |
|---|---|
| NGOC HUYNH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 08 C 2471 |
| | ) |
| EXPERIAN INFORMATION SOLUTIONS, | ) Judge Guzman |
| INC. and CITIZENS AUTOMOBILE | ) |
| FINANCE, INC., | ) Magistrate Judge Cole |
| | ) |
| Defendants. | ) |

## DEFENDANT CITIZENS AUTOMOBILE FINANCE, INC.'S NOTICE OF MOTION FOR SUBSTITUTION OF ATTORNEYS

To:   Counsel on attached service list

PLEASE TAKE NOTICE that on September 3, 2008 at 8:30 AM, or as soon thereafter as counsel may be heard, we will appear before the Honorable Magistrate Judge Cole or any judge sitting in his stead, in Room 1838 of the Everett McKinley Dirksen Building, 219 South Dearborn, Chicago, Illinois, 60604, and then and there present Defendant Citizens Automobile Finance, Inc.'s, Motion for Substitution of Attorneys, a copy of which is hereby served on you.

Respectfully submitted,

S/ Robert T. Kuehl

Robert T. Kuehl
Weltman Weinberg & Reis Co., L.P.A.
180 N. LaSalle St. Suite 2400
Chicago, IL 60601
312-782-9676
312-782-4201 fax
rkuehl@weltman.com
Counsel for Defendant
Citizens Automobile Finance, Inc.

Dated: August 28, 2008

1

**CERTIFICATE OF SERVICE**

      I, Robert T. Kuehl, an attorney, certify that on August 28, 2008, I filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following at their e-mail addresses on file with the Court:


Katie Poleon
Jones Day
77 West Wacker
Chicago, IL 60601
312-782-8585
kpoleon@jonesday.com
Attorney for Co-Defendant

Stacy Michelle Bardo
Lance Raphael
Consumer Advocacy Center, P.C.
100 W. Washington St., Suite 700
Chicago, IL 60602
312-787-5808
stacy@caclawyers.com
lance@caclawyers.com
Attorneys for Plaintiff

 

S/ Robert T. Kuehl
Weltman Weinberg & Reis Co., L.P.A.
180 N. LaSalle St. Suite 2400
Chicago, IL 60601
312-782-9676
312-782-4201 fax
rkuehl@weltman.com
Counsel for Defendant
Dated: August 28, 2008      Citizens Automobile Finance, Inc.