## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Jeffrey Cole |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2471 | **DATE** | 9/2/2008 |
| **CASE TITLE** | Huynh vs. Experian Information Solutions, Inc., et al. | | |

**DOCKET ENTRY TEXT**

Defendant Citizens Automobile Finance, Inc.'s motion for substitution of attorneys [29] is granted. No appearance is necessary on 9/3/08 at 8:30 a.m.

*Docketing to mail notices.*

| | Courtroom Deputy Initials: | CDH |
|---|---|---|